ROSALIE DAVIS, an Infant, by EULA M. DAVIS, Her Parent, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 46577.)

Herlihy, P. J.,

Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.